AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

RICE, GUDRUN J. | 2. Court or Organization

U S DISTRICT COURT, DIST OF CO | 3. Date of Report

08/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

US MAGISTRATE JUDGE, PART TIME | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial    ☑ Annual    ☐ Final

5b.   ☐   Amended Report | 6. Reporting Period

01/01/2011
to
12/31/2011 |

| 7. Chambers or Office Address

WAYNE ASPINALL FEDERAL BUILDING
402 ROOD AVE., ROOM 301
GRAND JUNCTION, CO 81501 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | WITHERS SEIDMAN RICE & MUELLER | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RICE, GUDRUN J.** | 08/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1 Mt Crested Butte CO 1994 125000 | D | Rent | M | R | | | | | |
| 2. | Rental Property #2 Sarasota FL 1999 189000 | D | Rent | M | R | | | | | |
| 3. | Rice Fruit Co-Com | C | Distribution | L | U | | | | | |
| 4. | R & L Orchard Co-Com | B | Distribution | O | U | | | | | |
| 5. | Withers Seidman & Rice P.C.-Com | | None | J | U | | | | | |
| 6. | Wells Fargo Bank - Bank Deposit Sweep | A | Interest | L | U | | | | | |
| 7. | Apple, Inc. - Common | | None | K | T | | | | | |
| 8. | JP Morgan Chase & Co ETIN Alerian MLP Index ETN Based on WAP | C | Dividend | L | T | Sold (part) | 08/30/11 | L | A | |
| 9. | FDUXX | A | Dividend | K | T | | | | | |
| 10. | SVAIX | A | Dividend | K | T | Buy | 12/05/11 | J | | |
| 11. | FTIXX | A | Dividend | L | T | | | | | |
| 12. | UTIXX | A | Dividend | J | T | | | | | |
| 13. | ASFYX | A | Dividend | K | T | | | | | |
| 14. | Cohen & Steers Intl Realty Fund | | None | | | Sold | 06/27/11 | K | A | |
| 15. | Gabelli Equity Ser Fund Small Cap Growth Fund | | None | | | Sold | 08/30/11 | J | A | |
| 16. | Greenhaven Continuous ET Commodity Index Fund | | None | | | Sold | 10/06/11 | K | A | |
| 17. | Growth Fund of America | | None | | | Sold | 08/30/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Mutual Funds Inc Midcap Fund | | None | | | Sold | 08/02/11 | J | A | |
| 19. Janus Invt Fud Perkins Midcap Value Fund | | None | | | Sold | 08/30/11 | J | A | |
| 20. JP Morgan Chase US Treasury Plus Money Fund | A | Dividend | | | Sold | 11/02/11 | J | | |
| 21. Nuveen Investment Funds Real Estate Securities Fund | A | Dividend | | | Sold | 08/30/11 | K | B | |
| 22. Oppenheimer Developing Markets Fund | | None | | | Sold | 06/27/11 | K | A | |
| 23. Pioneer Ser Tr I Pioneer Oad Ridge Samll Cap Growth Fund | | None | | | Sold | 08/30/11 | J | A | |
| 24. Pioneer Series TR III Cullen Value Fund | | None | | | Sold | 08/02/11 | K | A | |
| 25. Rydex Series Funds Long/Short Comm Strat FD | | None | | | Sold | 10/06/11 | K | A | |
| 26. Thornburg Intl Value Fund | A | Dividend | | | Sold | 08/30/11 | K | A | |
| 27. Colgate Palmolive Co-Com | A | Dividend | K | T | | | | | |
| 28. Blackrock Liquidity Funds Treasury Trust | A | Dividend | K | U | | | | | |
| 29. Abbott Laboratories-Com | A | Dividend | J | U | | | | | |
| 30. Air Products & Chemicals, Inc. - Com | A | Dividend | J | U | | | | | |
| 31. Stryker Corp-Copm | A | Dividend | J | U | | | | | |
| 32. Auto Data Processing-Com | A | Dividend | J | U | | | | | |
| 33. Church & Dwight Co - Com | A | Dividend | J | U | | | | | |
| 34. Cisco Systems-Com | A | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cree, Inc. - Com. | | None | J | U | | | | | |
| 36. Qualcomm Inc-Com | A | Dividend | K | U | | | | | |
| 37. Microsoft Corp-Com | A | Dividend | K | U | | | | | |
| 38. Intel Corp-Com | A | Dividend | K | U | | | | | |
| 39. Linear Tech Corp-Com | A | Dividend | K | U | | | | | |
| 40. Pepsico Inc-Com | A | Dividend | K | U | | | | | |
| 41. EOG Resources - Com | A | Dividend | K | U | Buy | 09/19/11 | K | | |
| 42. Ecolab, Inc - Com. | A | Dividend | J | U | Buy | 04/25/11 | J | | |
| 43. Exxon Mobil, Inc. - Com. | A | Interest | J | U | | | | | |
| 44. Canadian National Railway | A | Dividend | K | U | | | | | |
| 45. Nestle SA Spons ADR for Reg | B | Dividend | K | U | | | | | |
| 46. Fiserv, Inc. - Common | | None | J | U | | | | | |
| 47. Flowers Food, Inc. - Common | A | Dividend | | | Sold | 09/19/11 | J | A | |
| 48. Heineken Holding NV | A | Dividend | J | U | | | | | |
| 49. Reckitt Benckiser Group PLC | A | Dividend | K | U | | | | | |
| 50. L-3 Communications Holdings, Inc. | A | Dividend | | | Sold | 04/25/11 | J | A | |
| 51. Life Technologies Corp. - Com. | | None | | | Sold | 08/17/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mastercard, Inc. - Com | A | Dividend | K | U | Buy | 01/25/11 | K | | |
| 53. United Technologies - Com. | A | Dividend | J | U | | | | | |
| 54. Abb Ltd | A | Dividend | J | U | | | | | |
| 55. BHP Billiton PLC - ADR | A | Dividend | J | U | | | | | |
| 56. Woodside Petroleum Ltd | A | Dividend | | | Sold | 09/20/11 | K | A | |
| 57. Enbridge, Inc. - Com. | A | Dividend | K | U | | | | | |
| 58. Suncor Energy, Inc. - Com | A | Dividend | K | U | | | | | |
| 59. Unilever PLC Sponsored ADR | A | Dividend | J | U | Buy | 09/19/11 | J | | |
| 60. Leighton Holdings Ltd | A | Dividend | | | Sold | 04/27/11 | J | | |
| 61. Dairy Farm International Holdings, LTD. - Com | A | Dividend | K | U | Buy (add'l) | 04/26/11 | J | | |
| 62. Jardine Matheson Holdings, LTD | A | Dividend | K | U | | | | | |
| 63. Standard Chartered, PLC | A | Dividend | J | U | | | | | |
| 64. CSL Limited - Com | A | Dividend | J | U | Buy | 08/18/11 | J | | |
| 65. Bidvest Group, LTD | A | Dividend | K | U | Buy | 01/26/11 | K | | |
| 66. iShares MSCI EAFE Index Fund | | None | | | Sold | 01/25/11 | K | B | |
| 67. State Street Corp. - Com | A | Dividend | J | U | | | | | |
| 68. Blackrock Liquidity FundsTreasury Trust | A | Int./Div. | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Laboratories - Com | B | Dividend | K | U | | | | | |
| 70. Colgate Palmolive-Com | C | Dividend | K | U | | | | | |
| 71. CVS Caremark Corp - Com | A | Dividend | J | U | | | | | |
| 72. State Street Corp-Com | A | Dividend | K | U | | | | | |
| 73. Medtronic Inc-Com | B | Dividend | K | U | | | | | |
| 74. Stryker-Com | B | Dividend | J | U | | | | | |
| 75. Automatic Data Processing-Com | B | Dividend | K | U | | | | | |
| 76. Paychex Inc-Com | | None | | | Sold | 01/25/11 | J | E | |
| 77. Cisco Systems-Com | A | Dividend | K | U | | | | | |
| 78. Qualcomm Inc-Com | B | Dividend | K | U | | | | | |
| 79. Microsoft Corp-Com | A | Dividend | K | U | | | | | |
| 80. Intel Corp-Com | B | Dividend | K | U | | | | | |
| 81. Linear Tech Group-Com | C | Dividend | K | U | | | | | |
| 82. Church & Dwight Co. - Com. | A | Dividend | K | U | | | | | |
| 83. Cree, inc. - Com | | None | K | U | | | | | |
| 84. Devon Energy Corp - Com | | None | | | Sold | 01/25/11 | K | D | |
| 85. EOG Resources - Com | A | Dividend | K | U | Buy | 09/19/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Canadian National Railway | B | Dividend | K | U | | | | | |
| 87. Nestle SA Spons ADR for Reg | C | Dividend | K | U | | | | | |
| 88. Ecolab, Inc. - Com | A | Dividend | K | U | | | | | |
| 89. Fiserv, Inc. | | None | K | U | | | | | |
| 90. Flowers Foods Inc. - Com | A | Dividend | | | Sold | 09/19/11 | K | C | |
| 91. Heineken Holding NV | A | Dividend | K | U | | | | | |
| 92. Reckitt Benckiser Group PLC | B | Dividend | K | U | | | | | |
| 93. Woodside Petroleum Ltd. | A | Dividend | | | Sold | 09/20/11 | K | A | |
| 94. Johnson & Johnson Corp - Com | B | Dividend | J | U | | | | | |
| 95. Standard Chartered PLC | B | Dividend | K | U | | | | | |
| 96. L-3 Communications Holdings, Inc - Com | A | Dividend | | | Sold | 04/25/11 | K | A | |
| 97. Leighton Holdings Ltd. | A | Dividend | | | Sold | 04/27/11 | K | E | |
| 98. LifeTechnologies Corp - Com | | None | | | Sold | 08/17/11 | K | A | |
| 99. Mastercard, Inc. - Com | A | Dividend | L | U | Buy | 01/25/11 | K | | |
| 100. BHP Billiton PLC | A | Dividend | K | U | | | | | |
| 101. Occidental Petrolueum Corp - Com | A | Dividend | K | U | Buy | 01/25/11 | K | | |
| 102. Procter & Gamble Co - Com | B | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abb Ltd | B | Dividend | K | U | | | | | |
| 104. Jardine Matheson Holdings Ltd | B | Dividend | K | U | | | | | |
| 105. Enbridge Inc. - Com | B | Dividend | K | U | | | | | |
| 106. Suncor Energy Inc. New - Com | A | Dividend | K | U | | | | | |
| 107. Unilever PLC Sponsored ADR | A | Dividend | K | U | Buy | 09/19/11 | K | | |
| 108. Dairy Farm Int'l Holdings Ltd | A | Dividend | K | U | Buy (add'l) | 04/26/11 | K | | |
| 109. CSL Limited | A | Dividend | K | U | Buy | 08/18/11 | K | | |
| 110. Bidvest Group Ltd | A | Dividend | K | U | Buy | 01/26/11 | K | | |
| 111. iShares MSCI EAFE Index Fund | B | Dividend | K | U | | | | | |
| 112. Wells Fargo Bank Deposit Sweep | B | Interest | L | T | | | | | |
| 113. Thornton Colo Rfdg Wtr Bond B/E Cap Apr OID Yld 6.8% 12/1/12 | C | Interest | L | T | | | | | |
| 114. Grand Rapids MI Downtown Dev Auth Tax Inc 0.0% Due 6/1/13 | B | Interest | K | T | | | | | |
| 115. Thornton CO Cap Apprec. Ref MBIA 0.0 CPN Due 12/01/14 | C | Interest | K | T | | | | | |
| 116. Texas Muni Power Agency Rev OID 0.0 CPN Due 9/1/15 | B | Interest | K | T | | | | | |
| 117. Will Cnty IL Cmnty USD #201 0.0% CPN Due 10/01/16 | A | Interest | K | T | | | | | |
| 118. E-470 Pub Hwy Auth Colo Rev Cap Appr. CPN 0.0% Due 9/01/17 | C | Interest | L | T | | | | | |
| 119. Hanford CA JT UN S/D Ser B CPN 0.0% Due 8/01/18 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Patterson CA FGIC Cap Appr CPN 0.0% Due 8/01/18 | A | Interest | K | T | | | | | |
| 121. Colorado Hlth Fac Retir. Fac Liberty Hghts 0.0% Due 7/15/20 | C | Interest | L | T | | | | | |
| 122. CWGIX Fund | B | Dividend | K | T | | | | | |
| 123. MRGAX Fund | A | Dividend | J | T | | | | | |
| 124. MEIAX Fund | A | Dividend | J | T | | | | | |
| 125. Adams Cnty CO S/D No 12 CPN 4.75% Due 12/15/19 | B | Interest | | | Redeemed | 12/15/11 | K | B | |
| 126. Northwest Pkwy Pub Hwy Auth CPN 0.0% Due 6/15/26 | A | Interest | | | Sold | 06/21/11 | K | A | |
| 127. FTEXX Fund | A | Interest | M | T | | | | | |
| 128. Clark Cnty Wash Sch Dst 37 | C | Interest | L | T | | | | | |
| 129. FLPSX Fund | A | Dividend | L | T | | | | | |
| 130. Intel Corp | A | Dividend | J | T | | | | | |
| 131. Crocs ( CROX) | | None | J | T | | | | | |
| 132. FICDX | A | Dividend | K | T | | | | | |
| 133. FSICX | D | Dividend | M | T | | | | | |
| 134. FEMKX | A | Dividend | K | T | | | | | |
| 135. FDVLX | A | Dividend | K | T | | | | | |
| 136. FVDFX | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 138. Orbital Corp Limited Spons ADR | | None | J | T | | | | | |
| 139. Huron Valley Mich School District GO 0.0% CPN Due 5/1/2012 | A | Interest | J | T | | | | | |
| 140. Colo Hsng Fin Auth Single Fam Rev 0.0% CPN Due 9/1/2014 | D | Interest | L | T | | | | | |
| 141. Washoe Cnty Nev Reno Sparks 0.0% CPN Due 7/1/2015 | C | Interest | L | T | | | | | |
| 142. FFRHX | B | Dividend | K | T | | | | | |
| 143. FDGFX | A | Dividend | K | T | | | | | |
| 144. ARTKX | A | Dividend | K | T | | | | | |
| 145. OAKIX | A | Dividend | K | T | | | | | |
| 146. JASBX | A | Dividend | K | T | | | | | |
| 147. PLDDX | A | Dividend | K | T | | | | | |
| 148. IRA # 1 | C | Int./Div. | N | T | | | | | |
| 149. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 150. -JP Morgan Chase & Co ETN Alerian MLP Index ETN Based on WAP | | | | | | | | | |
| 151. -FDUXX | | | | | | | | | |
| 152. -SVAIX | | | | | | | | | |
| 153. -FTIXX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -UTIXX | | | | | | | | | |
| 155.  -ASFYX | | | | | | | | | |
| 156.  IRA #2 | C | Int./Div. | M | T | | | | | |
| 157.  -FEMKX | | | | | | | | | |
| 158.  -FDGFX | | | | | | | | | |
| 159.  -FLPSX | | | | | | | | | |
| 160.  -FDVLX | | | | | | | | | |
| 161.  -FDRXX | | | | | | | | | |
| 162.  IRA #3 | D | Int./Div. | M | T | | | | | |
| 163.  -FDRXX | | | | | | | | | |
| 164.  -FLPSX | | | | | | | | | |
| 165.  -FCPGX | | | | | | | | | |
| 166.  -FEXPX | | | | | | | | | |
| 167.  CGM Mutual Fund | A | Dividend | K | T | | | | | |
| 168.  Dreyfus Opportunistic Small Cap Fund | B | Dividend | J | T | | | | | |
| 169.  Dreyfus Opportunistic Mid-Cap Value Fund | C | Dividend | J | T | | | | | |
| 170.  American Century Ultra | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Federated Kaufman Fund K | A | Dividend | K | T | | | | | |
| 172. Ecological Systems Inc of Nevada | | None | J | W | | | | | |
| 173. Alpine Bank | A | Interest | M | T | | | | | |
| 174. XOM | A | Dividend | K | T | | | | | |
| 175. Western National Life Retirement Tax Sheltered Annuity #1 | B | Interest | L | T | | | | | |
| 176. Western National Life Retirement Tax Sheltered Annuity #2 | C | Interest | L | T | | | | | |
| 177. 403(b) #1 | B | Int./Div. | M | T | | | | | |
| 178. -VALIC Tax sheletered annuity | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, GUDRUN J. | 08/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GUDRUN J. RICE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544